In the Matter of the Accounting of BROOKLYN TRUST COMPANY, as Executor of ALFRED L. SIMONSON, Deceased, Respondent.

FRANCES F. SIMONSON, Appellant; THE METHODIST EPISCOPAL HOSPITAL IN THE CITY OF BROOKLYN, Respondent.

*Decedent's estate — will — ante-nuptial agreement — when widow not entitled to dower.*

*Matter of Simonson*, 198 App. Div. 602, affirmed.

(Argued February 26, 1923; decided March 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 25, 1921, which reversed a decree of the Kings County Surrogate's Court construing the will of Alfred L. Simonson, deceased, and adjudging that the appellant herein is not entitled to dower in his real property. An ante-nuptial agreement provided for the payment to the appellant of the sum of $5,000 within six months after testator's death and for the release by the appellant of her dower in the testator's real property. By his will testator gave his widow certain personal property and by a codicil provided: " The foregoing provisions of this my will made for my wife Frances F. Simonson are so made to her in addition to the five thousand dollars which by an ante-nuptial agreement that I have entered into with her, dated June 16, 1902, I agreed to give her in lieu of dower in my estate, otherwise said provision made in this my will to my said wife shall be taken by her in lieu of all dower in my estate."

*James G. Moore* and *Evarts L. Prentiss* for appellant.

*Ralph W. Crolly* for executor, respondent.

*George S. Ingraham* for Methodist Episcopal Hospital, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.    Absent: MCLAUGHLIN, J.